No. 00–33. INTERNATIONAL STAR CLASS YACHT RACING ASSN. *v.* TOMMY HILFIGER U.S.A., INC. C. A. 2d Cir. Certiorari denied.

No. 00–34. GAMBLERS SUPPLY MANAGEMENT CO. ET AL. *v.* CLEMENTS ET AL. Sup. Ct. Iowa. Certiorari denied.

No. 00–35. WILDE *v.* DEPARTMENT OF THE AIR FORCE ET AL. C. A. 5th Cir. Certiorari denied.

No. 00–39. MAJOR LEAGUE BASEBALL PLAYERS ASSN. *v.* CARDTOONS, L. C. C. A. 10th Cir. Certiorari denied.

No. 00–40. LUCIDORE *v.* NEW YORK STATE DIVISION OF PAROLE. C. A. 2d Cir. Certiorari denied.

No. 00–42. L. R. S. C., CO. *v.* RICKEL HOME CENTERS, INC., ET AL. C. A. 3d Cir. Certiorari denied.

No. 00–43. MALOOF *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–45. MCARTHUR *v.* TEXAS. Ct. App. Tex., 2d Dist. Certiorari denied.

No. 00–47. HOPKINS *v.* SAUNDERS ET AL. C. A. 8th Cir. Certiorari denied.

No. 00–48. JONES ET UX. *v.* AMERICAN SAVINGS BANK ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 00–49. FLOWERS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 00–51. MENDONCA *v.* WINTERSEN. C. A. 1st Cir. Certiorari denied.

No. 00–53. TUCKER *v.* WOLTER ET AL. C. A. 5th Cir. Certiorari denied.

No. 00–54. YSLETA DEL SUR PUEBLO *v.* EL PASO COUNTY WATER IMPROVEMENT DISTRICT No. 1. C. A. 5th Cir. Certiorari denied.